No. 12–7934. McBroom *v.* Safford et al. Ct. App. Ohio, Franklin County. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–7990. Williams *v.* United States. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12A568 (12–42). Germalic *v.* New York State Board of Elections Commissioners, *ante*, p. 884. Application for leave to file petition for rehearing in excess of word limits, addressed to Justice Alito and referred to the Court, denied.

No. 12A578. Jiau *v.* United States. Application for bail, addressed to Justice Sotomayor and referred to the Court, denied.

No. 12A585. Pavlock *v.* United States. C. A. 4th Cir. Application for stay, addressed to Justice Sotomayor and referred to the Court, denied.

No. 12A600. Hedges et al. *v.* Obama, President of the United States, et al. Application to vacate stay, addressed to Justice Scalia and referred to the Court, denied.

No. 12A606. Noonan et al. *v.* Bowen, Secretary of State of California. Sup. Ct. Cal. Application for stay, addressed to The Chief Justice and referred to the Court, denied.

No. 12A712. Kwasnik *v.* Federal National Mortgage Association. Sup. Jud. Ct. Me. Application for stay, addressed to The Chief Justice and referred to the Court, denied.

No. D–2648. In re Disbarment of Goldblatt. Disbarment entered. [For earlier order herein, see 566 U. S. 933.]

No. D–2692. In re Roth. Clifford R. Roth, of Otisville, N. Y., having requested to resign as a member of the Bar of this Court,